IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH NADOLNY, SR., | : | CIVIL NO. 3:20-CV-0805 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| WAL-MART STORES EAST, L.P., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 15th day of March, 2021, IT IS HEREBY **ORDERED THAT**, the case management deadlines having been extended upon motion of the parties, the telephonic status conference scheduled for March 22, 2021, at 10:30 a.m. is **CANCELLED**.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge